UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DAN MITCHELL (#438855)                                  CIVIL ACTION

VERSUS

ASHLEIGH FLEMING                                  NO. 20-00664-BAJ-RLB

### RULING AND ORDER

On November 25, 2020, the Court denied Plaintiff's request to proceed *in forma pauperis* in the above-captioned actioned, and ordered Plaintiff to pay the full remainder of the Court's filing fee within 21 days, pursuant to the "three strikes" provision of 28 U.S.C. § 1915(g). (Doc. 6). The November 25 Order further advised that failure to pay "shall result in the dismissal of the plaintiff's action without further notice from the Court." *Id.*

On February 3, 2021, the Court granted Plaintiff a 21-day extension to pay the filing fee. Doc. 8. The Court's February 3 Order again warned that failure to pay "shall result in the dismissal of the plaintiff's action without further notice from the Court." *Id.*

The record reflects that Plaintiff has failed to pay the filing fee as ordered. Rather, on February 22, 2021, Plaintiff sent correspondence to the Court requesting to proceed under the imminent danger exception to the "three strikes" provision. (Doc. 10). The Court has already determined, however, that Plaintiff was not under imminent danger at the time he filed his Complaint. (*See* Doc. 6).

Accordingly,

**IT IS ORDERED** that the above-captioned action be and is hereby **DISMISSED WITHOUT PREJUDICE**, for Plaintiff's failure to pay the Court's filing fee.

**IT IS FURTHER ORDERED** that Plaintiff's pending Motions (Docs. 3, 4, and 9) are **TERMINATED**.

Judgment shall be entered separately.

Baton Rouge, Louisiana, this 15th day of April, 2021

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA